| | |
|---|---|
| 1<br>2<br>3<br>4 | DAVID G. SPIVAK (State Bar No. 179684)<br>THE SPIVAK LAW FIRM<br>9454 Wilshire Blvd., Suite 303<br>Beverly Hills, CA 90212<br>Telephone: 310-499-4730<br>Facsimile: 310-499-4739<br>(Additional Counsel on following page) |
| 5<br>6 | Attorneys for Plaintiff<br>Nikola Lovig |
| 7<br>8<br>9<br>10 | LYNNE C. HERMLE (State Bar No. 99779)<br>JOSEPH C. LIBURT (State Bar No. 155507)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Telephone: 650-614-7400<br>Facsimile: 650-614-7401<br>(Additional Counsel on following page) |
| 11<br>12 | Attorneys for Defendant<br>Sears, Roebuck and Co. |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16<br>17<br>18<br>19<br>20<br>21<br>22 | NIKOLA LOVIG, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>SEARS, ROEBUCK & CO., a New York Corporation; and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. EDCV11-756 CJC (RNBx)<br><br>**ORDER STAYING ENTIRE ACTION PENDING DECISION FROM THE CALIFORNIA SUPREME COURT IN *BRINKER RESTAURANT CORP. V. SUPERIOR COURT***<br><br>Date Action Filed: April 8, 2011 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS**

SHAUN SETAREH (STATE BAR NO. 204514)
HAYLEY SCHWARTZKOPF (STATE BAR NO. 26131)
LAW OFFICES OF SHAUN SETAREH
9454 WILSHIRE BLVD., PENTHOUSE FLOOR
BEVERLEY HILLS, CA 90212
TELEPHONE: 310-888-7771
FACSIMILE: 310-888-0109

LOUIS BENOWITZ (STATE BAR NO. 262300)
LAW OFFICES OF LOUIS BENOWITZ
9454 WILSHIRE BLVD., PENTHOUSE FLOOR
BEVERLY HILLS, CA 90212
TELEPHONE: 310-888-7771
FACSIMILE: 310-888-0109

**ADDITIONAL COUNSEL FOR DEFENDANTS**

JINNIFER D. PITCHER (STATE BAR NO. 252880)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, SUITE 3000
SACRAMENTO, CA 95814-4497
TELEPHONE: 916-447-9200
FACSIMILE: 916-329-4900

THOMAS G. ABRAM (ADMITTED PRO HAC VICE)
VEDDER PRICE P.C.
222 NORTH LASALLE ST., SUITE 2600
CHICAGO, ILLINOIS 60601
TELEPHONE: 312-609-7500
FACSIMILE: 312-609-5005

ORDER STAYING ENTIRE ACTION PENDING
CALIFORNIA SUPREME COURT DECISION IN
*BRINKER RESTAURANT CORP. V. SUPERIOR COURT*

OHSWEST:261448113.2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation between counsel for plaintiff Nikola Lovig ("Plaintiff") and defendant Sears, Roebuck & Co. ("Defendant") to Stay Entire Action Pending Decision from the California Supreme Court in *Brinker Restaurant Corp. v. Superior Court* ("*Brinker*"), and good cause appearing therefore, this Court hereby ORDERS:

1. This action is stayed in its entirety pending a decision from the California Supreme Court in *Brinker*;

2. The Parties shall immediately notify this Court when the California Supreme Court issues its decision in *Brinker*, and upon such notification, the stay shall be automatically lifted;

3. Simpluris, Inc. shall continue to accept opt-out requests from putative class members with respect to the disclosure of their contact information in accordance with the currently operative Protective Order Re Stipulation for Discovery of Putative Class Member Contact Information on November 28, 2011 (Docket No. 48);

4. Simpluris, Inc. shall disclose to Plaintiff the contact information of putative class members who do not opt out from disclosure immediately upon the lifting of the stay in this case, and shall not disclose it as currently scheduled on January 17, 2012;

5. Except as provided for in paragraphs 3 and 4 above, all discovery, including the taking of Plaintiff's deposition, shall also be stayed in its entirety until the stay is lifted in this case;

6. The deadline of Local Rule 23-3, currently February 29, 2012, is continued to 60 days after the stay is lifted in this case;

7. The hearing on the Motion for Class Certification will be noticed at a date agreeable to both parties and to the Court;

8. Pursuant to the parties' Rule 26(f) report, all opposition papers will be

1  filed at least 35 calendar days before hearing, and all reply papers will be filed at
2  least 14 calendar days before hearing; and
3      9.   This order is without prejudice to either party, or both parties, from
4  seeking further relief from Local Rule 23-3.

IT IS SO ORDERED.

Dated:  January 17, 2012         BY_____
                                 Hon. Cormac J. Carney
                                 U.S. District Judge

- 2 -   ORDER STAYING ENTIRE ACTION PENDING CALIFORNIA SUPREME COURT DECISION IN *BRINKER RESTAURANT CORP. V. SUPERIOR COURT*

OHSWEST:261448113.2