1  SHAUN SETAREH (STATE BAR NO. 204514)
   shaun@setarehlaw.com
2  HAYLEY SCHWARTZKOPF (STATE BAR NO. 265131)
   hayley@setarehlaw.com
3  LAW OFFICES OF SHAUN SETAREH
   9454 Wilshire Boulevard, Penthouse Floor
4  Beverly Hills, California 90212
   Telephone:   (310) 888-7771
5  Facsimile:    (310) 888-0109

6  Attorneys for Plaintiff Nikola Lovig

7

8  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
10 Menlo Park, California  94025
   Telephone:   (650) 614-7400
11 Facsimile:    (650) 614-7401

12 THOMAS G. ABRAM (ADMITTED PRO HAC VICE)
   tabram@vedderprice.com
13 VEDDER PRICE P.C.
   222 North LaSalle St., Suite 2600
14 Chicago, Illinois 60601
   Telephone:   (312) 609-7500
15 Facsimile:    (312) 609-5005

16 Attorneys for Defendant Sears, Roebuck and Co.

17 Additional Counsel Listed on Next Page

18                UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20                     WESTERN DIVISION

21 NIKOLA LOVIG, on behalf of himself    Case No. EDCV11-756 CJC (RNBx)
   and all others similarly situated,
22                                       **ORDER RE: JOINT
                                         STIPULATION TO ALLOW
23           Plaintiffs,                 PLAINTIFF LEAVE TO FILE
                                         THIRD AMENDED COMPLAINT
24      v.                               AND EXTEND BRIEFING
                                         DEADLINES FOR CLASS
25 SEARS, ROEBUCK & CO., a New           CERTIFICATION AND MOTION
   York Corporation; and DOES 1-50,      FOR SUMMARY JUDGMENT**
26 inclusive,
                                         Date Action Filed:     April 8, 2011
27           Defendants.                 Trial Date:      September 30, 2014

28

1

<u>ADDITIONAL COUNSEL FOR PLAINTIFF</u>

2

3
DAVID SPIVAK (STATE BAR NO. 179684)
david@spivaklaw.com

4
THE SPIVAK LAW FIRM
9454 Wilshire Boulevard, Suite 303
Beverly Hills, California 90212

5
Telephone:   (310) 499-4730
Facsimile:   (310) 499-4739

6

7
LOUIS BENOWITZ (STATE BAR NO. 262300)
louis@benowitzlaw.com

8
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212

9
Telephone:   (310) 888-7771
Facsimile:   (310) 888-0109

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON STIPULATION TO GRANT PLAINTIFF LEAVE
TO FILE THIRD AMENDED COMPLAINT AND EXTEND
CLASS CERTIFICATION DATES
EDCV11-756 CJC (RNBX)

1   Pursuant to the stipulation of the parties, and, good cause appearing

2   therefore, IT IS HEREBY ORDERED:

3   1.   The Court grants leave to Plaintiff to file the Third Amended

4   Complaint, attached as Exhibit A to the parties' Joint Stipulation filed on January

5   24, 2014.

6   2.   The current pre-trial deadlines with respect to the filing of a Motion

7   for Class Certification and Motion for Summary Judgment, or in the alternative,

8   Motion for Partial Summary Judgment are vacated.

9   3.   Plaintiff will file his Motion for Class Certification on or before March

10   14, 2014.

11   4.   Defendant's opposition papers are to be filed on or before April 25,

12   2014.

13   5.   Plaintiff's reply papers are to be filed on or before May 16, 2014.

14   6.   Plaintiff will notice the hearing on the Motion for Class Certification

15   on a date in June 2014 agreeable to both parties and the Court.

16   7.   The parties will file any Motion for Summary Judgment, or, in the

17   alternative, Motion for Partial Summary Judgment on or before March 14, 2014.

18   8.   Opposition papers to the parties' Motion for Summary Judgment, or,

19   in the alternative, Motion for Partial Summary Judgment are to be filed on or before

20   April 25, 2014.

21   9.   Reply papers are to be filed on or before May 16, 2014.

22   / / /

23   / / /

24   / / /

25

26

27

28

ORDER ON STIPULATION TO GRANT PLAINTIFF LEAVE
TO FILE THIRD AMENDED COMPLAINT AND EXTEND
CLASS CERTIFICATION DATES
EDCV11-756 CJC (RNBX)

1      10.    The parties will notice the hearing on the Motion for Summary

2  Judgment, or, in the alternative, Motion for Partial Summary Judgment on a date in

3  June 2014 agreeable to both parties and the Court, and preferably schedule for the

4  same date as any hearing on the Motion for Class Certification.

5      **IT IS SO ORDERED**

6      Date:  1/27/14          _____

7                              The Honorable Cormac J. Carney

8                              United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -