Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 711
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff,
NIKOLA LOVIG
(Additional Attorneys for Plaintiff on Following Page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| NIKOLA LOVIG, on behalf of himself and all others similarly situated, | Case No. EDCV11-756-CJC (RNBx) |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| vs. | **NOTICE OF CONDITIONAL SETTLEMENT** |
| SEARS, ROEBUCK & CO., a New York corporation; and DOES 1-50, inclusive, | |
| Defendants. | Action Filed: April 8, 2011 |

*Lovig v. Sears, Roebuck & Co., et al.*  Notice of Conditional Settlement

# ADDITIONAL ATTORNEYS FOR PLAINTIFF

David Spivak (SBN 179684)
    david@spivaklaw.com
THE SPIVAK LAW FIRM
9454 Wilshire Boulevard, Suite 303
Beverly Hills, California 90212
Telephone: (310) 499-4730
Facsimile: (310) 499-4739

Louis Benowitz (SBN 262300)
    louis@benowitzlaw.com
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone: (310) 844-5141
Facsimile: (310) 492-4056

*Lovig v. Sears, Roebuck & Co., et al.*      Notice of Conditional Settlement

TO THE COURT AND ALL PARTIES OF RECORD:

Please be advised that the parties in the above-captioned matter have executed a memorandum of understanding settling this case on a class-wide and collective basis. The parties are currently negotiating the final terms of the settlement agreement and expect to have a motion seeking preliminary approval within forty-five (45) days.

Respectfully submitted,

                              SETAREH LAW GROUP
                              THE SPIVAK LAW FIRM
                              LAW OFFICES OF LOUIS BENOWITZ

Dated: March 18, 2014        BY */s/ Shaun Setareh*
                                            SHAUN SETAREH
                                            Attorneys for Plaintiff
                                            NIKOLA LOVIG