Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:   (310) 888-7771
Facsimile:    (310) 888-0109

Attorneys for Plaintiff
NIKOLA LOVIG
(Additional Attorneys for Plaintiffs on Next Page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NIKOLA LOVIG, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SEARS, ROEBUCK & CO., a New York corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. EDCV11-756-CJC (RNBx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY PLAINTIFF NIKOLA LOVIG**<br><br>*Hearing Information*<br>Date:　　　December 15, 2014<br>Time:　　　1:30 p.m.<br>Place:　　　Courtroom 9B<br>　　　　　　Santa Ana<br>Judge:　　　Hon. Cormac J. Carney<br><br>*Submitted Under Separate Cover*<br>1. Memorandum;<br>2. Declarations of David Spivak, Shaun Setareh, and Louis Benowitz; and<br>3. [Proposed] Order. |

## <u>ADDITIONAL ATTORNEYS FOR PLAINTIFF</u>

David Spivak (SBN 179684)
    david@spivaklaw.com
THE SPIVAK LAW FIRM
9454 Wilshire Boulevard, Suite 303
Beverly Hills, California 90212
Telephone:  (310) 499-4730
Facsimile:   (310) 499-4739

Louis Benowitz (SBN 262300)
    louis@benowitzlaw.com
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone:  (310) 844-5141
Facsimile:   (310) 492-4056

## NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on Monday, December 15, 2014 at 1:30 p.m., or as soon thereafter as may be heard, in Courtroom 9B at the Ronald Reagan Federal Building and the United States Courthouse of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff Nikola Lovig ("Plaintiff") will and hereby does move this Court for an order:

1.     Conditionally certifying the following Class solely for purposes of settlement:  "All non-exempt employees who were employed by Defendant in California who held the position of 'In-Home Service Technician,' and/or positions with similar job descriptions and/or duties, at any time during the period of April 8, 2007 through the date of Preliminary Approval."

2.     Preliminarily approving the Stipulation and Settlement Agreement of Class Action and Individual Claims (the "Settlement") submitted concurrently herewith as Exhibit A to the Declaration of Shaun Setareh;

3.     Appointing Plaintiff as Class Representative for the Class;

4.     Appointing David Spivak of The Spivak Law Firm, Shaun Setareh of the Law Offices of Shaun Setareh, and Louis Benowitz of the Law Offices of Louis Benowitz as Class Counsel (collectively "Plaintiff's Counsel" or "Class Counsel") for the Class;

5.     Approving the form and content of the "Notice of Proposed Settlement and Final Approval Hearing" and "Claim Form" concurrently submitted herewith;

6.     Approving the notice procedure set forth in the Settlement;

7.     Directing that notice be given to the Class; and

8.     Scheduling a final fairness hearing.

///

This Motion is made on the grounds that:

1.      The Class meets all of the requirements for class certification for purposes of settlement pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure;

2.      The Settlement is fair, adequate, and reasonable as required under Rule 23(e);

3.      Plaintiff and his counsel are adequate to represent the Class as required by Rules 23(a)(4) and (g);

4.      The notice procedures and related forms comport with all relevant due process and Rule 23(c)(2)(B) requirements; and

5.      Based on the foregoing, notice should be directed to Class and a final fairness hearing should be scheduled.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the declarations of David Spivak, Shaun Setareh, and Louis Benowitz in support thereof, all accompanying exhibits, all papers and pleadings on file with this Court, and such further evidence and arguments as may be presented at or in connection with the hearing on this Motion.

In accordance with Local Rule 7-3, counsel for Plaintiff and Defendant met and conferred before the filing of this Motion.

                        Respectfully submitted,

                        LAW OFFICES OF SHAUN SETAREH


Dated:  November 17, 2014        BY___/s/ Shaun Setareh_____
                                 Attorneys for Plaintiff
                                 NIKOLA LOVIG