1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLA LOVOG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV11-756 CJC (RNBx)<br><br>**ORDER GRANTING STIPULATION TO AMEND CLASS SETTLEMENT AGREEMENT** |

Pursuant to the stipulation of the parties, and, good cause appearing therefore, IT IS HEREBY ORDERED:

1. The parties' definition of "Class Released Claims" in Paragraph 12 of the Stipulation and Settlement Agreement of Class Action and Individual Claims ("Settlement Agreement") is hereby modified as follows:

> "Class Released Claims" means all claims pled in the operative Fourth Amended Complaint or that could have been asserted in the Action based on the facts pled in the Action, including without limitation all claims for regular or hourly wages, minimum wages, overtime wages, premium wages, meal and rest break violations, violation of California Business and Professions Code Section 17200 et seq., itemized wage statement violations, waiting time penalties, expense reimbursement under California Labor Code Section 2802 or otherwise, record-keeping violations, all penalties including but not limited to all penalties under the California Labor Code (including but not limited to penalties under California Labor Code Section 203 and the California Labor Code's Private Attorneys General Act of 2004 ("PAGA"), as amended, California Labor Code sections 2699, 2699.3, 2699.5), liquidated damages, punitive damages, interest, attorney fees, litigation costs, restitution, declaratory relief, or equitable relief, against the Released Parties. Class Released Claims are limited to all claims as described above that arose during the Class Period.

2. The parties' revised Claim Form and Class Notice, attached as Exhibits A and B to the Stipulation to Amend Class Settlement Agreement, are approved as modified to conform with the revision of "Class Released Claims" provided herein.

**IT IS SO ORDERED.**

Dated: December 16, 2014

_____
HON. CORMAC J. CARNEY