# JS-6

NOTE: CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLA LOVIG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a New York Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. EDCV11-756 CJC (RNBx)<br><br>**JUDGMENT**<br><br>*Hearing Information*<br>Date: June 1, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 9B<br>Santa Ana<br>Judge: Hon. Cormac J. Carney |

Plaintiff's Motion for Final Approval of the Parties' Class Action Settlement and an Award of Enhancement Payments to the Named Plaintiff and an Award of Attorney's Fees and Expenses came on for hearing on June 1, 2015, in the above-captioned Court, the Honorable Cormac J. Carney presiding.  The Court having previously granted preliminary approval of the settlement on January 6, 2015, the parties having fully briefed the issues regarding final approval and attorney's fees, the cause having been heard, and the Court having granted final approval of the settlement,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Judgment is entered on the terms set forth in the Order Granting in Part Final Approval of Class Action Settlement.

Dated:  June 1, 2015

_____
HON. CORMAC J. CARNEY